UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION, SOUTHERN DIVISION

In Re:

HOLMAN, JACOB A
HOLMAN, TASHA K                               Case No.    16-30520-BTF

          Debtors

## MOTION TO TRANSFER BALANCE TO REGISTRY FUND

Comes now Norman Rouse, Trustee and states that there is on deposit in Metropolitan Commercial Bank to the credit of the above captioned estate, the sum of $ 33,169.64.

The sum of $ 33,169.64 is from the sale of real estate located in Dade County, Missouri. Janet (Ward) Holman was a 50% owner of the real estate sold through the bankruptcy estate. The Trustee has tried to locate Janet (Ward) Holman and even spoken with relatives to try and locate her. We have been unable to locate her to distribute her portion of proceeds from the sale of the real estate.

Wherefore Norman Rouse, Trustee prays that this Court enter an order allowing-said trustee to pay to the Clerk of the United State Bankruptcy Court as provided by §347 of the Bankruptcy Code, the sum of $ 33,169.64 constituted by the following

| | |
|---|---|
| Janet (Ward) Holman | $ 33,169.64 |
| Total | $ 33,169.64 |

/s/ Norman Rouse
Norman Rouse, Trustee